UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASHAE L. B.,<br><br>      Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>      Defendant. | Case No.:  21cv785-KSC<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR VOLUNTARY REMAND [Doc. No. 14.]** |

Before the Court is the parties' Joint Motion for Voluntary Remand.  [Doc. No. 20.]  In the Joint Motion, the parties request that the Court issue an order remanding the case to the Commissioner for further administrative proceedings pursuant to sentence four of Title 42, United States Code, Section 405(g).  Upon remand, the Commissioner will further develop the record as necessary and issue a new decision.  The parties also request that the Court direct the Clerk of the Court to enter final judgment in favor of plaintiff and against defendant.  [Doc. No. 20, at p. 2.]  Accordingly,

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that the final decision of the Commissioner is reversed, and the case is remanded to the agency for further administrative proceedings as appropriate. The Clerk of the Court is directed to enter final judgment in favor of plaintiff and against defendant and terminate the case.

Dated: June 9, 2022

Hon. Karen S. Crawford
United States Magistrate Judge